# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: WILLIAM TRACY SPRANKLE<br>402 CLEMONS ROAD<br>WETUMPKA, AL 36092 | CASE NO: 09-31740-DHW<br>Chapter 13 |

Soc. Sec. No. XXX-XX-9137
        Debtor.

## INCOME WITHHOLDING ORDER

TO:    ARLINGTON PROPERTIES
         ATTN PAYROLL
         2117 2ND AVE NORTH
         BIRMINGHAM, AL 35203

      The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

      ORDERED that ARLINGTON PROPERTIES withhold from the wages, earnings, or other income of this debtor the sum of $162.00 BI-WEEKLY and remit all such funds withheld to:

         CHAPTER 13 TRUSTEE
         09-31740-DHW WILLIAM TRACY SPRANKLE
         P O BOX 613108
         MEMPHIS TN 38101-3108

      The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

      This Order continues in force and effect until further Order of this court.

      Done Wednesday, July 8, 2009 .

cc:  Debtor
     Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge